UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RODNEY BARBER

CA No. 05-390-T

v.

VERIZON NEW ENGLAND, et al.

NOTICE OF RECUSAL

I hereby recuse myself from participation in this case.

By Order,

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
United States District Judge

Date: September 19, 2005